# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

December 13, 2024

Mr. Caleb Kruckenberg  
Center for Individual Rights  
1100 Connecticut Avenue, N.W.  
Suite 620  
Washington, DC 20036

Mr. John Clay Sullivan  
SL Law, P.L.L.C.  
610 Uptown Boulevard  
Suite 2000  
Cedar Hill, TX 75104

No. 24-40792   Texas Top Cop Shop v. Garland  
USDC No. 4:24-CV-478

Dear Counsel:

This letter will serve to advise the Appellees that the court has requested a response to the Appellants' Motion for stay pending appeal be filed in this office on or before December 17, 2024 by 5:00 PM. The Appellants are then requested to file a reply to the response on or before December 19, 2024 by 12:00 NOON.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Casey A. Sullivan, Deputy Clerk  
504-310-7642

cc:  
    Mr. Steven H. Hazel  
    Ms. Faith E. Lowry  
    Ms. Sophia Shams  
    Mr. Daniel Bentele Hahs Tenny