No. 24-40792
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

TEXAS TOP COP SHOP, INC., et al.,

*Plaintiffs-Appellees*,

v.

MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED
STATES, et al.,

*Defendants-Appellants*.

Appeal from the United States District Court
for the Eastern District of Texas, Sherman Division
(No. 4:24-cv-478, Hon. Amos L. Mazzant)

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICUS
CURIAE AMERICANS FOR PROSPERITY FOUNDATION IN SUPPORT
OF PLAINTIFFS-APPELLEES' OPPOSITION TO DEFENDANTS-
APPELLANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL**

Michael Pepson
AMERICANS FOR PROSPERITY FOUNDATION
4201 Wilson Blvd. Suite 1000
Arlington, VA 22203
571.329.4529
mpepson@afphq.org

December 17, 2024            *Attorney for Amicus Curiae*

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record for *amicus curiae* Americans for Prosperity Foundation certifies that the following listed persons and entities as described in Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case.

| | |
|---|---|
| Texas Top Cop Shop, Inc.; Russell Straayer; Mustardseed Livestock, L.L.C.; Libertarian Party of Mississippi; National Federation of Independent Business, Inc.; Data Comm for Business, Inc. <br> **Plaintiffs-Appellees** | Caleb Kruckenberg; Center for Individual Rights; John Clay Sullivan; SL Law, P.L.L.C.; Andrew M. Grossman; Baker & Hostetler LLP <br><br> **Counsel for Plaintiffs-Appellees** |
| Merrick Garland, U.S. Attorney General; U.S. Treasury Department; Andrea Gacki, Director of the Financial Crimes Enforcement Network; FinCEN; Janet Yellen, Secretary of the U.S. Department of Treasury <br> **Defendants-Appellants** | Daniel Tenny; Steven H. Hazel; Faith E. Lowry; Sophia Shams; Brian M. Boynton; Damien Diggs; U.S. Department of Justice <br><br><br> **Counsel for Defendants-Appellants** |
| Eagle Forum Education & Legal Defense Fund <br> *Amicus Curiae* | Andrew L. Schlafly <br> **Counsel for *Amicus Curiae* Eagle Forum Education and Legal Defense** |
| Americans for Prosperity Foundation <br> *Amicus Curiae* | Michael Pepson <br> **Counsel for *Amicus Curiae* AFPF** |

Undersigned counsel further certifies that *amicus curiae* Americans for Prosperity Foundation is a nonprofit corporation. It has no parent companies, subsidiaries, or affiliates that have issued shares or debt securities to the public.

These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

Dated: December 17, 2024

/s/ Michael Pepson
Michael Pepson

Americans for Prosperity Foundation ("AFPF") respectfully moves this Court for leave to file the accompanying amicus brief in support of Plaintiffs-Appellees' Opposition to Defendants-Appellants' Emergency Motion for Stay Pending Appeal.[1] Plaintiffs-Appellees consent to AFPF's motion for leave and to the filing of AFPF's proposed brief; Defendants-Appellants consent to AFPF's motion for leave and proposed brief, provided they are filed no later than noon Wednesday, December 18th.[2] AFPF's proposed brief is 3,711 words.

I. **Interest of Proposed Amicus Curiae**

Proposed amicus curiae AFPF is a 501(c)(3) nonprofit organization committed to educating and training Americans to be courageous advocates for the ideas, principles, and policies of a free and open society. Some of those key ideas include the constitutionally limited government and our system of federalism. As part of this mission, it appears as amicus curiae before federal and state courts,

---

[1] FRAP 29(a) does not specifically apply to amicus briefs in this procedural posture. However, this Court may grant leave to file amicus briefs at the motions stage. *See, e.g.,* Order, *NetChoice, L.L.C. et al. v. Paxton*, No. 21-51178 (5th Cir. Dec. 27, 2021) (granting unopposed motion of TPPF et al. to file amicus brief in support of Appellant's motion for stay pending appeal); *El Paso Cnty. v. Trump,* No. 19-51144, 2020 U.S. App. LEXIS 567, at *2-3 (5th Cir. Jan. 8, 2020). This Court has previously granted AFPF leave to file an amicus in this procedural posture. *See Myra Brown et al. v. Dep't of Education et al.*, No. 22-11115, Dkt. No. 63-1 (5th Cir. Nov. 28, 2022) (granting unopposed motion of AFPF to file amicus brief in support of plaintiffs-appellees' opposition to motion for stay pending appeal).

[2] This Court has requested a response to Defendants-Appellants' motion for stay pending appeal by 5:00 p.m. December 17, 2024.

3

including in this Circuit. *See generally* Amicus Briefs, AFPF, https://americansforprosperityfoundation.org/amicus-briefs/.

AFPF has a particular interest in this case because it is concerned about the irreparable harm the Corporate Transparency Act ("CTA") may cause to our system of federalism if allowed to go into effect. AFPF believes the CTA amounts to an exercise of the general police power that the Tenth Amendment expressly reserves to the States and exceeds constitutional limits on Congress's enumerated powers. More broadly, AFPF has the same interest in this case as in *National Small Business United et al. v. U.S. Dep't of Treasury et al.*, No. 24-10736 (11th Cir.): as there, AFPF writes here to highlight the critical federalism issues that underlie this case and the importance of enforcing constitutional limits on federal power to protecting liberty and our constitutional structure. *See* Br. of *Amicus Curiae* AFPF In Support of Appellees, *National Small Business United et al. v. U.S. Dep't of Treasury et al.*, No. 24-10736, Dkt. No. 39 (11th Cir., filed May 17, 2024).

## II. Desirability and Relevance of Proposed Amicus Brief

AFPF respectfully submits that the proposed brief is both "desirable" and "relevant" to the disposition of this case. FRAP 29(a)(3); *see Prairie Rivers Network v. Dynegy Midwest Generation, LLC*, 976 F.3d 761, 763 (7th Cir. 2020) (Scudder, J., in chambers) (providing examples of useful amicus briefs); *see also Neonatology*

*Assocs., P.A. v. Comm'r of Internal Revenue*, 293 F.3d 128, 132 (3d Cir. 2002) ("The criterion of desirability . . . is open-ended, but a broad reading is prudent.").

"'An *amicus curiae* brief which brings relevant matter to the attention of the Court that has not already been brought to its attention by the parties is of considerable help to the Court.'" Fed. R. App. Proc. 29, 1998 advisory comm. note (quoting S. Ct. R. 37.1). AFPF believes that its proposed amicus brief is highly relevant and focuses on points, perspectives, and analysis that are unique from, or materially build on, the arguments Plaintiffs-Appellees have advanced in this case. Specifically, AFPF's brief attempts to highlight the broader implications of this case to our system of federalism and dual sovereignty. AFPF's brief also analyzes the CTA's constitutionality through the lens of the Interstate Commerce Clause and Necessary and Proper Clause's original public meaning and explores how the Constitution's structural protections—including limits on the federal government's powers—protect individual liberty.

For these reasons, AFPF respectfully submits that it is well situated to provide the Court with information helpful for the resolution of this case beyond the specific perspectives provided by counsel for the parties. *See also Prairie Rivers Network*, 976 F.3d at 763 (Scudder, J., in chambers).

## CONCLUSION

For the foregoing reasons, AFPF respectfully submits that the Court should grant leave to file the accompanying brief in support of Plaintiffs-Appellees' opposition to Defendants-Appellants' emergency stay motion.

Respectfully submitted,

/s/ Michael Pepson
Michael Pepson
AMERICANS FOR PROSPERITY FOUNDATION
4201 Wilson Blvd., Suite 1000
Arlington, VA 22203
571.329.4529
mpepson@afphq.org

# CERTIFICATE OF COMPLIANCE

This Unopposed Motion for Leave to File Brief of Amicus Curiae Americans for Prosperity Foundation in Support of Plaintiffs-Appellees' Opposition to Defendants-Appellants' Emergency Motion for Stay Pending Appeal complies with the type-volume limit of FRAP 27(d)(2)(A) and 32(c)(1) because, excluding the parts of the document exempted by FRAP 32(f), this document contains 769 words. This Motion also complies with the typeface and type-style requirements of FRAP 32(a)(5)-(6) because it was prepared using Microsoft Word 2013 in Times New Roman 14-point font.

/s/ Michael Pepson
Michael Pepson

Dated: December 17, 2024

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2024, I electronically filed the above Unopposed Motion for Leave to File Brief of Amicus Curiae Americans for Prosperity Foundation in Support of Plaintiffs-Appellees' Opposition to Defendants-Appellants' Emergency Motion for Stay Pending Appeal with the Clerk of the Court by using the appellate CM/ECF system. I further certify that service will be accomplished by the appellate CM/ECF system.

<u>/s/ Michael Pepson</u>
Michael Pepson

Dated: December 17, 2024