No. 24-40792

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

TEXAS TOP COP SHOP, INC., *et al.*,

*Plaintiffs-Appellees*,

v.

MERRICK GARLAND, ATTORNEY GENERAL
OF THE UNITED STATES, *et al.*,

*Defendants-Appellants*.

## UNOPPOSED MOTION OF THE NEW CIVIL LIBERTIES ALLIANCE TO FILE A BRIEF AMICUS CURIAE

December 18, 2024

Sheng Li
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Dr., Suite 300
Arlington, VA 22203
(202) 869-5210
sheng.li@ncla.legal

*Counsel for* Amicus Curiae

The New Civil Liberties Alliance (NCLA) hereby moves for leave to file a brief as *amicus curiae* opposing Defendants-Appellants' emergency motion for stay pending appeal. NCLA states that all parties have consented to the filing of this brief. Further, no party's counsel authored any part of this brief and no person other than NCLA made a monetary contribution to fund its preparation or submission.

While no federal rule governs the filing of amicus briefs at this stage, "granting leave to file an amici brief is within [the Court's] discretion." *Richardson v. Flores*, 979 F.3d 1102, 1106 (5th Cir. 2020). Leave is appropriate because the proposed brief will assist the Court's decision-making process and underscore the broader implications of the issues raised in this case.

NCLA is a nonpartisan, nonprofit civil rights organization dedicated to defending constitutional freedoms from the depredations of the administrative state. The "civil liberties" referenced in the organization's name include rights at least as old as the U.S. Constitution itself, such as the right to a jury trial, due process of law, and the right to have laws made by the nation's elected lawmakers through constitutionally prescribed channels (i.e., the right to self-government).

NCLA is concerned by the Government's expansive interpretation of the Commerce Clause in its emergency motion to regulate and obtain sensitive information from over 30 million for-profit and nonprofit corporate entities, irrespective of any connection to economic activity that affects interstate commerce.

1

According to the Government, the Commerce Clause allows it to regulate the creation and continued existence of a corporate person solely because that person is likely to engage in future commerce. To be sure, most corporate persons will engage in commerce after coming into existence. But so will all natural persons. As the proposed brief explains, the triggering event for regulation must be economic activity, not the mere act of a person coming into existence. Otherwise, the Commerce Clause would become a grant of general police power.

    NCLA files this motion and the proposed brief within one day of Plaintiffs-Appellees' opposition to the emergency motion for stay pending appeal, ensuring that the Government will have adequate time to respond. NCLA, therefore, respectfully submits that allowing its brief to be filed would not burden or prejudice any party.

    For these reasons, the Court should accept the attached amicus brief for filing.

Respectfully submitted,

*/s/ Sheng Li*
Sheng Li
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Dr., Suite 300
Arlington, VA 22203
(202) 869-5210
sheng.li@ncla.legal

December 18, 2024                      *Counsel for* Amicus Curiae

# CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2024, an electronic copy of the motion and attached brief *amicus curiae* was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the CM/ECF filing system and that service upon counsel for the parties will be accomplished using the CM/ECF system.

*/s/ Sheng Li*
Sheng Li

# CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 29 because it has 398 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in 14-point Times New Roman, a proportionally spaced typeface.

*/s/ Sheng Li*
Sheng Li
