United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 19, 2024
Lyle W. Cayce
Clerk

No. 24-40792

Texas Top Cop Shop, Incorporated; Russell Straayer; Mustardseed Livestock, L.L.C.; Libertarian Party of Mississippi; National Federation of Independent Business, Incorporated; Data Comm for Business, Incorporated,

*Plaintiffs—Appellees*,

*versus*

Merrick Garland, *U.S. Attorney General*; Treasury Department; Director FinCEN Andrea Gacki, Directof of the Financial Crimes Enforcement Network; Financial Crimes Enforcement Network; Janet Yellen, *Secretary, U.S. Department of Treasury*,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:24-CV-478

ORDER:

IT IS ORDERED that the unopposed motion of Private Investor Coalition, Incorporated and S Corporation Association to file an amicus brief in support of the Appellees' response of the motion for stay pending appeal is GRANTED.

No. 24-40792

IT IS FURTHER ORDERED that the unopposed motion of Pacific Legal Foundation to file an amicus brief in support of the Appellees' response of the motion for stay pending appeal is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of Hamilton Lincoln Law Institute to file an amicus brief in support of the Appellees' response of the motion for stay pending appeal is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of New Civil Liberties Alliance to file an amicus brief in support of the Appellees' response of the motion for stay pending appeal is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of National Retail Federation, National Association of Convenience Stores and Restaurant Law Center to file an amicus brief in support of the Appellees' response of the motion for stay pending appeal is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of Associated General Contractors of America, Incorporated, Associated General Contractors of New York State, LLC and Business Council of New York State, Incorporated to file an amicus brief in support of the Appellees' response of the motion for stay pending appeal is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of State of West Virginia, State of Kansas, State of South Carolina and 22 Other States to file an amicus brief in support of the Appellees' response of the motion for stay pending appeal is GRANTED.

No. 24-40792

IT IS FURTHER ORDERED that the unopposed motion of Party Project for Privacy and Surveillance Accountability, Incorporated to file an amicus brief in support of the Appellees' response of the motion for stay pending appeal is GRANTED.

    /s/ Carl E. Stewart
CARL E. STEWART
*United States Circuit Judge*