# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 24, 2024

Mr. Daniel Bentele Hahs Tenny
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Poc Agostinho, Jean
Washington, DC 20530

    No. 24-40792   Texas Top Cop Shop v. Garland
                       USDC No. 4:24-CV-478

Dear Counsel:

This letter will serve to advise the parties that the court has requested a response to the Appellees' Petition for rehearing en banc be filed in this office no later than 12 p.m. (noon) on December 31, 2024.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Christy M. Combel, Deputy Clerk
                              504-310-7651

cc:
    Mr. Robert Alt
    Mr. Brett Christopher Bartlett
    Mr. Grady Block
    Mr. Murphy J. Foster III
    Mr. Andrew Michael Grossman
    Mr. Steven H. Hazel
    Mr. Neville S. Hedley
    Mr. Caleb Kruckenberg
    Mr. Sheng Tao Li
    Ms. Faith E. Lowry
    Mr. John C. Neiman Jr.
    Mr. Michael David Pepson
    Mr. Joshua Martin Robbins

Mr. Gene C. Schaerr
Mr. Andrew Layton Schlafly
Ms. Sophia Shams
Mr. Reilly Stephens
Mr. John Clay Sullivan
Mr. Stephen J. Van Stempvoort
Mr. Charles Devin Watkins
Mr. Walter M. Weber
Mr. Gregg Sandler Weinberg
Mr. John Marc Wheat
Mr. Michael Ray Williams