No. 24-40792

# In the United States Court of Appeals for the Fifth Circuit

―――――――――

TEXAS TOP COP SHOP, INC. ET AL.,

*Plaintiffs-Appellees*,

v.

MERRICK GARLAND, ET AL.,

*Defendants-Appellants*.

―――――――――

**On Appeal from the United States District Court for the
Eastern District of Texas, Austin No. 0540-4 : 4:24-CV-478**

―――――――――

**MOTION OF ADVANCING AMERICAN FREEDOM ET AL. TO FILE BRIEF AS *AMICI CURIAE***

―――――――――

December 20, 2024

J. MARC WHEAT
  *Counsel of Record*
Timothy Harper (Admitted in DC)
ADVANCING AMERICAN FREEDOM, INC.
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com

*Counsel for Amici Curiae*

## MOTION OF ADAVANCING AMERICAN FREEDOM ET AL. TO FILE BRIEF AS *AMICI CURIAE*

Pursuant to Rule 29(a) of the Federal Rules of Appellate Procedure, Advancing American Freedom et al. respectfully move for leave to file the accompanying brief as *amici curiae* in support of Plaintiff-Appellees. Counsel for Plaintiffs-Appellees consented to AAF's filing of an amicus brief. Counsel for Defendants-Appellants rejected AAF's request for consent.

Advancing American Freedom et al. believe the attached brief provides important legal arguments and policy considerations relevant to this Court's consideration of this case and therefore move for leave to file the attached brief as *amici curiae*.

Respectfully submitted,

/s/ J. Marc Wheat
J. MARC WHEAT
   *Counsel of Record*
ADVANCING AMERICAN FREEDOM, INC.
801 Pennsylvania Avenue, N.W.
Suite 930
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, a true and correct copy of the foregoing Motion to File Brief as Amici Curiae was served via electronic filing with the Clerk of Court and all registered ECF users.

Dated: December 20, 2024

/s/ J. Marc Wheat
J. MARC WHEAT

## CERTIFICATE OF COMPLIANCE

I certify that (1) this Motion was prepared in 14-point Time New Roman font using Microsoft Word software, (2) this Motion is 88 words, excluding the exempted by the rules of court, and (3) this Motion has been scanned for viruses and is virus-free. Counsel further certifies that any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13.

/s/ J. Marc Wheat
J. MARC WHEAT