# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**

December 27, 2024

Mr. John Marc Wheat
Advancing American Freedom, Incorporated
801 Pennsylvania Ave., N.W.
Suite 930
Washington, DC 20004

      No. 24-40792   Texas Top Cop Shop v. Garland
                     USDC No. 4:24-CV-478


Dear Mr. Wheat,

One 12/27/2027, we received your motion for leave to file amici brief filed by Advancing American Freedom, American Securities Association, Frontiers of Freedom, Frontline Policy Council, Charlie Gerow, International Conference of Evangelical Chaplain Endorsers, International Organization for the Family, JCCWatch.org; Tim Jones, Mountain States Policy Center, North Carolina Institute for Constitutional Law, NSIC Institute, Setting Things Right, Stand for Georgia Values Action, Tea Party Patriots Action, Inc., The Justice Foundation, Tradition, Family, Property, Inc., Yankee Institute, Young America's Foundation, and Young Conservatives of Texas.

This motion should have been email instead of re-filed. The Clerk's Office has corrected this and made the motion, filed on 12/20/2024, sufficient. In light of this, we are taking no action on this motion filed on 12/27/2024.

```
                              Sincerely,

                              LYLE W. CAYCE, Clerk

                                  Shea E. Pertuit
                              By: _____
                              Shea E. Pertuit, Deputy Clerk
                              504-310-7666
```

cc:
    Mr. Robert Alt
    Mr. Brett Christopher Bartlett
    Mr. Grady Block
    Mr. Craig William Courtney
    Mr. Murphy J. Foster III
    Mr. Andrew Michael Grossman
    Mr. Steven H. Hazel
    Mr. Neville S. Hedley
    Mr. Caleb Kruckenberg
    Mr. Sheng Tao Li
    Ms. Faith E. Lowry
    Mr. John C. Neiman Jr.
    Mr. Michael David Pepson
    Mr. Joshua Martin Robbins
    Mr. Gene C. Schaerr
    Mr. Andrew Layton Schlafly
    Ms. Sophia Shams
    Mr. Reilly Stephens
    Mr. John Clay Sullivan
    Mr. Daniel Bentele Hahs Tenny
    Mr. Stephen J. Van Stempvoort
    Mr. Charles Devin Watkins
    Mr. Walter M. Weber
    Mr. Gregg Sandler Weinberg
    Mr. Michael Ray Williams