# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 24-40792

TEXAS TOP COP SHOP, INC., *ET AL.*,

    PLAINTIFFS-APPELLEES,

V.

MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES, *ET AL.*,

    DEFENDANTS-APPELLANTS.

---

## WITHDRAWAL OF PLAINTIFF-APPELLEES' PETITION FOR EN BANC REVIEW

_____

ON INTERLOCUTORY APPEAL FROM
THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
4:24-CV-478
HON. AMOS L. MAZZANT

_____

December 27, 2024

| | |
|---|---|
| CALEB KRUCKENBERG | ANDREW M. GROSSMAN |
| TODD GAZIANO | Baker Hostetler |
| CHRISTIAN CLASE | Washington Square, 1050 Conn. |
| Center for Individual Rights | Ave. N.W., Suite 1100 |
| 1100 Conn. Ave. N.W., Suite 625 | Washington D.C. 20036 |
| Washington D.C. 20036 | Counsel for Plaintiffs-Appellees |

# **CERTIFICATE OF INTERESTED PERSONS**

The undersigned counsel certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made so that the judges of this Court may evaluate possible disqualification or recusal.

**Plaintiffs-Appellees and Counsel:**

Texas Top Cop Shop, Inc.,
Russell Straayer
Mustardseed Livestock, LLC,
Libertarian Party of Mississippi
National Federation of Independent Business, Inc.,
Data Comm for Business, Inc.
Elizabeth Milito

Caleb Kruckenberg
Todd Gaziano
Christian Clase
Center for Individual Rights
1100 Connecticut Avenue, NW Suite 625
Washington, D.C. 20036

Andrew Grossman
Baker Hostetler
1050 Connecticut Ave, NW Suite 1100
Washington, D.C. 20036

John Clay Sullivan
S|L Law PLLC
610 Uptown Boulevard, Suite 2000

Cedar Hill, TX 75104

**Defendants-Appellants and Counsel**

United States Department of Treasury
Financial Crimes Enforcement Network
Janet Yellen, United States Secretary of Treasury
Andrea Gacki, Director of Financial Crimes Enforcement Network
Merrick Garland, United States Attorney General

Faith Lowry
Stuart Robinson
Daniel Bentele Hahs Tenny
Steven H. Hazel
Sophia Shams
U.S. Department of Justice
950 Penn. Ave., N.W.
Washington D.C. 20530

***Amici* and Counsel**

**The State of Texas**
Christina Cella
Office of the Texas Attorney General
300 W. 15th Street, Sixth Floor
Austin, TX 78701

**Eagle Forum Education and Legal Defense Fund**
Andrew L. Schlafly
Attorney at Law
939 Old Chester Road
Far Hills, New Jersey 07931

**Private Investor Coalition, Incorporated**
John C. Neiman, Jr., Esq.
Direct: 205-254-1000
Email: jneiman@maynardnexsen.com
Fax: 205-254-1999

Maynard Nexsen, P.C., Suite 1700
1901 6th Avenue, N.
Birmingham, AL 35203

**Community Associations Institute**
Gregg Sandler Weinberg
Direct: 713-840-1666
Email: gweinberg@rmwbh.com
Roberts Markel Weinberg Butler Hailey, P.C.
57th Floor
2800 Post Oak Boulevard
Houston, TX 77056

**Competitive Enterprise Institute**
Charles Devin Watkins
Direct: 503-753-8104
Email: devin.watkins@cei.org
Competitive Enterprise Institute
7th Floor
1310 L Street, N.W.
Washington, DC 20005

**The Buckeye Institute**
Robert Alt
Direct: 614-224-4422
Email: robert@buckeyeinstitute.org
Buckeye Institute
Suite 1300
88 E. Broad Street
Columbus, OH 43215

**Americans for Prosperity Foundation**
Michael David Pepson
Direct: 571-329-4529
Email: mpepson@afphq.org]
Americans for Prosperity Foundation, Suite 1000
4201 Wilson Boulevard
Arlington, VA 22203

**S Corporation Association**
John C. Neiman, Jr., Esq.
Direct: 205-254-1000
(see above)

**Thomas Zawistowski**
Walter M. Weber
Direct: 202-546-8890
Email: wmweber@aclj-dc.org
Fax: 202-544-5172
American Center for Law & Justice
201 Maryland Avenue, N.E.
Washington, DC 20002-5703

**National Association of Wholesaler-Distributors**
Grady Block
Direct: 303-292-2021
Email: gblock@mslegal.org
Fax: 877-349-7074
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO 80227

**The Small Business Association of Michigan**
Stephen J. Van Stempvoort
Direct: 616-831-1700
Email: vanstempvoorts@millerjohnson.com
Miller Johnson
Suite 1100
45 Ottawa Avenue, S.W.
Grand Rapids, MI 49503

**Pacific Legal Foundation**
Joshua Martin Robbins
Direct: 202-945-9524
Email: jrobbins@pacificlegal.org
Pacific Legal Foundation, Suite 1000
3100 Clarendon Boulevard

Arlington, VA 22201

**We the People Convention**
Walter M. Weber
Direct: 202-546-8890
(see above)

**Job Creators Network Foundation**
Grady Block
Direct: 303-292-2021
(see above)

**Chaldean American Chamber of Commerce**
Stephen J. Van Stempvoort
Direct: 616-831-1700
(see above)

**Hamilton Lincoln Law Institute**
Neville S. Hedley
Direct: 312-342-6008
Email: ned.hedley@hlli.org
Hamilton Lincoln Law Institute, Suite 300
1629 K Street, N.W.
Washington, DC 20006

**Liberty Justice Center**
Reilly Stephens
Direct: 512-481-4400
Email: rstephens@ljc.org
Liberty Justice Center
Suite 1-250
7500 Rialto Boulevard
Austin, TX 78735

**New Civil Liberties Alliance**
Sheng Tao Li
Direct: 202-869-5210
Email: sheng.li@ncla.legal

New Civil Liberties Alliance
Suite 300
4250 N. Fairfax Drive
Ballston, VA 22203

**Advancing American Freedom**
John Marc Wheat, General Counsel
Direct: 202-780-4848
Email: mwheat@advancingamericanfreedom.com
Advancing American Freedom, Incorporated
Suite 930
801 Pennsylvania Ave., N.W.
Washington, DC 20004

**National Retail Federation**
Brett Christopher Bartlett, Esq.
Direct: 404-888-1875
Email: bbartlett@seyfarth.com
Fax: 404-892-7056
Seyfarth Shaw, L.L.P.
Suite 2500
1075 Peachtree Street, N.E.
Atlanta, GA 30309-3962

**National Association of Convenience Stores**
Brett Christopher Bartlett, Esq.
Direct: 404-888-1875
(see above)

**Restaurant Law Center**
Brett Christopher Bartlett, Esq.
Direct: 404-888-1875
(see above)

**Associated General Contractors of America, Incorporated**
Murphy J. Foster, III, Esq.
Direct: 225-387-4000
Email: murphy.foster@bswllp.com

Fax: 225-387-5397
Breazeale, Sachse & Wilson, L.L.P.
23rd Floor
301 Main Street
1 American Place
Baton Rouge, LA 70801

**Associated General Contractors of New York State, LLC**
Murphy J. Foster, III, Esq.
Direct: 225-387-4000
(see above)

**Business Council of New York State, Incorporated**
Murphy J. Foster, III, Esq.
Direct: 225-387-4000
(see above)

**State of West Virginia**
Michael Ray Williams
Direct: 304-558-2021
Email: michael.r.williams@wvago.gov
Fax: 304-558-0140
Office of the Attorney General for the State of West Virginia
Building 1, Room 26E
1900 Kanawha Boulevard, E.
State Capitol
Charleston, WV 25305-0000

**State of Kansas**
Michael Ray Williams
Direct: 304-558-2021
(see above)

**State of South Carolina**
Michael Ray Williams
Direct: 304-558-2021
(see above)

**22 Other States**
Michael Ray Williams
Direct: 304-558-2021
(see above)

**Project for Privacy and Surveillance Accountability, Incorporated**
Gene C. Schaerr
Direct: 202-787-1060
Email: gschaerr@schaerr-jaffe.com
Fax: 202-776-0136
Schaerr Jaffe, L.L.P.
Suite 900
1717 K Street, N.W.
Washington, DC 20006

Respectfully,

*/s/ Caleb Kruckenberg*
**Caleb Kruckenberg**
Counsel for Plaintiffs-Appellees

Plaintiffs respectfully withdraw their Petition for En Banc Rehearing as moot.

In support, Plaintiffs state as follows:

1. On December 3, 2024, the district court entered an order enjoining enforcement of the Corporate Transparency Act and its corresponding Reporting Rule.

2. The government defendants requested a stay of the preliminary injunction, which the district court denied.

3. The government appealed, and on December 23, 2024, a motions panel granted the government's emergency motion for a stay pending appeal. The order also expedited the appeal to the next available oral argument panel.

4. The next day, Plaintiffs filed a Petition for Rehearing En Banc requesting that the en banc court deny the government's stay motion.

5. On December 26, 2024, the merits panel vacated that part of the motions-panel order granting the government's motion to stay the district court's preliminary injunction.

6. Because the merits panel has afforded the relief requested in their pending petition, Plaintiffs now withdraw it as moot.

7. Counsel for Defendants consent to this action.

December 27, 2024

        Respectfully,

        */s/ Caleb Kruckenberg*
        **Caleb Kruckenberg**
        **Todd Gaziano**
        **Christian Clase**
        CENTER FOR INDIVIDUAL RIGHTS
        1100 Conn. Ave. N.W., Suite 625
        Washington, D.C., 20036
        (202) 833-8401
        kruckenberg@cir-usa.org
        clase@cir-usa.org

        **Andrew M. Grossman**
        BAKER HOSTETLER
        Washington Square, 1050 Conn. Ave. N.W., Suite 1100
        Washington D.C. 20036
        (202) 861-1697
        agrossman@bakerlaw.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with Federal Rule of Appellate Procedure 27(d). It is printed in Century Schoolbook, a proportionately spaced font, and includes 1214 words, excluding items enumerated in Rule 32(f). I relied on my word processor, Microsoft Word, to obtain the count.

    Respectfully,

    */s/ Caleb Kruckenberg*
    **Caleb Kruckenberg**

## CERTIFICATE OF SERVICE

I hereby certify that, on December 27, 2024, this document was electronically filed using the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

Respectfully,

*/s/ Caleb Kruckenberg*
**Caleb Kruckenberg**