# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 27, 2024
Lyle W. Cayce
Clerk

No. 24-40792

---

Texas Top Cop Shop, Incorporated; Russell Straayer; Mustardseed Livestock, L.L.C.; Libertarian Party of Mississippi; National Federation of Independent Business, Incorporated; Data Comm for Business, Incorporated,

*Plaintiffs—Appellees*,

*versus*

Merrick Garland, *U.S. Attorney General*; Treasury Department; Director FinCEN Andrea Gacki, *Director of the Financial Crimes Enforcement Network*; Financial Crimes Enforcement Network; Janet Yellen, *Secretary, U.S. Department of Treasury*,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:24-CV-478

---

ORDER:

IT IS ORDERED that Appellees' motion to withdraw the petition for rehearing en banc is GRANTED.

IT IS FURTHER ORDERED that Appellees' motion to withdraw the motion for expedited ruling on the petition for rehearing en banc is GRANTED.

IT IS FURTHER ORDERED that the opposed motion of Advancing American Freedom, American Securities Association, Frontiers of Freedom, Frontline Policy Council, Charlie Gerow, International Conference of Evangelical Chaplain Endorsers, International Organization for the Family, JCCWatch.org, Tim Jones, Mountain States Policy Center, North Carolina Institute for Constitutional Law, NCIS Institute, Setting Things Right, Stand for Georgia Values Action, Tea Party Patriots Action, Incorporated, The Justice Foundation, Tradition, Family, Property, Incorporated, Yankee Institute, Young America's Foundation, and Young Conservatives of Texas, to file an amici brief, in support of Appellants' motion for stay pending appeal, is DENIED AS MOOT.

IT IS FURTHER ORDERED that the unopposed motion of Eagle Forum Education & Legal Defense Fund, to file an amicus brief in support of Appellees' petition for rehearing en banc, is DENIED AS MOOT.

IT IS FURTHER ORDERED that the unopposed motion of New Civil Liberties Alliance to file an amicus brief, in support of Appellees' petition for rehearing en banc and motion for expedited ruling, is DENIED AS MOOT.

IT IS FURTHER ORDERED that the unopposed motion of The Buckeye Institute, to file an amicus brief, in support of Appellees' petition for rehearing en banc and motion for expedited ruling, is DENIED AS MOOT.

IT IS FURTHER ORDERED that the unopposed motion of Hamilton Lincoln Law Institute, to file an amicus brief, in support of

No. 24-40792

Appellees' petition for rehearing en banc and motion for expedited ruling, is DENIED AS MOOT.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT