# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| |  |
|---|---|
| TEXAS TOP COP SHOP, INC., *et al.*, <br><br> Plaintiffs- Appellees, <br><br> v. <br><br> PAMELA BONDI, *U.S. Attorney General, et al.*, <br><br> Defendants-Appellants. | No. 25-40792 |

**JOINT MOTION TO EXTEND BRIEFING DEADLINES**

The parties respectfully move the Court to extend the deadline for appellees' response brief to February 25, 2025 and for appellants' reply brief to March 7, 2025.

1. In this expedited case, the Court required appellants' opening brief to be filed by February 7, appellees' response brief by February 21, and appellants' reply brief by February 28, and initially set oral argument for March 25, 2025. Appellants filed their opening brief on schedule on February 7. The Court subsequently postponed oral argument by seven days until April 1, 2025.

2. In light of the rescheduled argument, the parties seek an additional few days to complete their briefs. Specifically, appellees seek an additional four days for their response brief and appellants seek an additional three days for their reply brief. If the Court grants this motion, the case will still be fully briefed 25 days before argument, as was contemplated under the original schedule.

3. There is good cause for a short extension of the briefing schedule. The Court issued a highly compressed briefing schedule in order to expedite oral argument and decision in this case. Now that the oral argument has been delayed by a week, an additional few days for each party would facilitate the preparation of briefs while still affording the Court the same amount of time originally contemplated between the completion of briefing and oral argument.

## CONCLUSION

This Court should grant the motion and extend the deadline for appellees' response brief to February 25, 2025 and for appellants' reply brief to March 7, 2025.

Respectfully submitted,

DANIEL TENNY

| | |
|---|---|
| */s/ Caleb Kruckenberg* | */s/ Maxwell A. Baldi* |
| CALEB KRUCKENBERG | MAXWELL A. BALDI |
| CHRISTIAN CLASE | SOPHIA SHAMS |
| Center for Individual Rights | Attorneys, Appellate Staff |
| 1100 Conn. Ave. N.W., Suite 625 | Civil Division, Room 7513 |
| Washington D.C. 20036 | U.S. Department of Justice |
| | 950 Pennsylvania Ave., N.W. |
| ANDREW M. GROSSMAN | Washington, D.C. 20530 |
| Baker Hostetler | (202) 532-0211 |
| Washington Square | maxwell.baldi@usdoj.gov |
| 1050 Conn. Ave. N.W., Suite 1100 | |
| Washington D.C. 20036 | *Counsel for Defendants-Appellants* |

*Counsel for Plaintiffs-Appellees*

February 2025

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 257 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

/s/ Maxwell A. Baldi
MAXWELL A. BALDI
