# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 14, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40792   Texas Top Cop Shop v. Bondi  
                  USDC No. 4:24-CV-478

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____  
Christy M. Combel, Deputy Clerk  
504-310-7651

Mr. Robert Alt  
Mr. Maxwell A. Baldi  
Mr. Brett Christopher Bartlett  
Mr. Grady Block  
Mr. Craig William Courtney  
Mr. Murphy J. Foster III  
Mr. Scott Andrew Greytak  
Mr. Andrew Michael Grossman  
Mr. Steven H. Hazel  
Mr. Neville S. Hedley  
Mr. Caleb Kruckenberg  
Mr. Sheng Tao Li  
Ms. Faith E. Lowry  
Mr. Steven Andrew Myers  
Mr. John C. Neiman Jr.  
Mr. David O'Toole  
Mr. Michael David Pepson  
Mr. Joshua Martin Robbins  
Mr. Gene C. Schaerr  
Mr. Andrew Layton Schlafly  
Ms. Sophia Shams  
Mr. Reilly Stephens  
Mr. John Clay Sullivan  
Mr. Daniel Bentele Hahs Tenny  
Mr. Stephen J. Van Stempvoort  
Mr. Charles Devin Watkins  
Mr. Walter M. Weber  
Mr. Gregg Sandler Weinberg  
Mr. Michael Ray Williams