# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 06, 2025

Mr. Reilly Stephens
Liberty Justice Center
7500 Rialto Boulevard
Suite 1-250
Austin, TX 78735

    No. 24-40792   Texas Top Cop Shop v. Bondi
                      USDC No. 4:24-CV-478

Dear Mr. Stephens,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            *Christy Combel*
                            By: _____
                            Christy M. Combel, Deputy Clerk
                            504-310-7651

cc:
    Mr. Robert Alt
    Mr. Maxwell A. Baldi
    Mr. Brett Christopher Bartlett
    Mr. Grady Block
    Mr. Christian Clase
    Mr. Craig William Courtney
    Mr. Murphy J. Foster III

```
Ms. Sarah Goetz
Mr. Scott Andrew Greytak
Mr. Andrew Michael Grossman
Mr. Steven H. Hazel
Mr. Neville S. Hedley
Mr. Alan M. Hurst
Ms. April Knoch
Mr. Caleb Kruckenberg
Mr. Sheng Tao Li
Ms. Faith E. Lowry
Ms. Kristen Paige Miller
Mr. Steven Andrew Myers
Mr. John C. Neiman Jr.
Ms. Molly Nixon
Mr. William Jeffrey Olson
Mr. Randall Pentiuk
Mr. Michael David Pepson
Mr. Joshua Martin Robbins
Mr. Gene C. Schaerr
Mr. Andrew Layton Schlafly
Ms. Sophia Shams
Mr. John Clay Sullivan
Mr. Daniel Bentele Hahs Tenny
Ms. Robin F. Thurston
Mr. Stephen J. Van Stempvoort
Mr. Charles Devin Watkins
Mr. Walter M. Weber
Mr. Gregg Sandler Weinberg
Mr. Chance Weldon
Mr. John Marc Wheat
Mr. Michael Ray Williams
```