# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 06, 2025

Ms. April Knoch
Pentiuk, Couvreur & Kobiljak, P.C.
2915 Biddle Avenue
Suite 200
Wyandotte, MI 48192

Mr. Randall Pentiuk
Pentiuk, Couvreur & Kobiljak, P.C.
2915 Biddle Avenue
Suite 200
Wyandotte, MI 48192

     No. 24-40792     Texas Top Cop Shop v. Bondi
                USDC No. 4:24-CV-478

Dear Counsel,

The following pertains to your paper briefs received March 3, 2025.

You must make the following corrections within the next 5 days.
You may:

1. Send someone to this office to correct the briefs;

2. Send someone to pick up the briefs, correct and return them;

3. Send a self-addressed stamped envelope and we will return
   your briefs, (we will tell you the postage cost on request).
   You must then mail the corrected briefs to this office;

4. Send corrected briefs and we will recycle those on file.

**You need to correct:**

**Your paper copy must match the electronic version (Doc. 260).**

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: _____
            Pamela F. Trice, Deputy Clerk
            504-310-7633