# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 13, 2025
Lyle W. Cayce
Clerk

No. 24-40792

---

Texas Top Cop Shop, Incorporated; Russell Straayer; Mustardseed Livestock, L.L.C.; Libertarian Party of Mississippi; National Federation of Independent Business, Incorporated; Data Comm for Business, Incorporated,

*Plaintiffs—Appellees,*

*versus*

Pamela Bondi, *U.S. Attorney General*; Treasury Department; Director FinCEN Andrea Gacki, *Director of the Financial Crimes Enforcement Network*; Financial Crimes Enforcement Network; Scott Bessent, *Secretary, U.S. Department of Treasury*,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:24-CV-478

---

ORDER:

    IT IS ORDERED that the motion of Georgia Governor Brian Kemp and the Governors of Alabama, Idaho, Louisiana, Mississippi, Missouri, Montana, North Dakota, Oklahoma, South Carolina, Tennessee, and Utah

to file a brief as amici curiae in support of Appellees is DENIED. *See* Fed. R. App. P. 29(a)(2).

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT