# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

March 24, 2025

Mr. Steven H. Hazel
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Caleb Kruckenberg
Center for Individual Rights
1100 Connecticut Avenue, N.W.
Suite 620
Washington, DC 20036

Mr. Steven Andrew Myers
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. John Clay Sullivan
SL Law, P.L.L.C.
610 Uptown Boulevard
Suite 2000
Cedar Hill, TX 75104

Mr. Daniel Bentele Hahs Tenny
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Poc Agostinho, Jean
Washington, DC 20530

     No. 24-40792   Texas Top Cop Shop v. Bondi
                       USDC No. 4:24-CV-478

Dear Counsel:

On March 21, 2025, the Treasury Department's Financial Crimes Enforcement Network announced an Interim Final Rule modifying their enforcement of the Corporate Transparency Act. The Rule exempts "[d]omestic entit[ies]" and "United States persons" from the Act's reporting requirements. The Rule has been submitted to the Federal Register, and the Financial Crimes Enforcement Network says that it will become effective upon publication to the Register.

The parties are directed to file simultaneous letter briefs addressing the Rule's impact, if any, on this appeal. The supplemental briefs should be no longer than five pages and filed contemporaneously, no later than 5:00 p.m. on Monday, April 8, 2025.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

cc:
    Mr. Robert Alt
    Mr. Maxwell A. Baldi
    Mr. Brett Christopher Bartlett
    Mr. Grady Block
    Mr. Christian Clase
    Mr. Craig William Courtney
    Mr. Murphy J. Foster III
    Ms. Sarah Goetz
    Mr. Scott Andrew Greytak
    Mr. Andrew Michael Grossman
    Mr. Neville S. Hedley
    Mr. Alan M. Hurst
    Ms. April Knoch
    Mr. Sheng Tao Li
    Ms. Faith E. Lowry
    Ms. Kristen Paige Miller
    Mr. John C. Neiman Jr.
    Ms. Molly Nixon
    Mr. William Jeffrey Olson
    Mr. Randall Pentiuk
    Mr. Michael David Pepson
    Mr. Joshua Martin Robbins
    Mr. Gene C. Schaerr
    Mr. Andrew Layton Schlafly
    Ms. Sophia Shams
    Mr. Reilly Stephens
    Ms. Robin F. Thurston
    Mr. Stephen J. Van Stempvoort
    Mr. Charles Devin Watkins
    Mr. Walter M. Weber

Mr. Gregg Sandler Weinberg
Mr. Chance Weldon
Mr. John Marc Wheat
Mr. Michael Ray Williams