No. 24-40792

# In the United States Court of Appeals for the Fifth Circuit

---

TEXAS TOP COP SHOP, INC.; RUSSELL STRAAYER;
MUSTARDSEED LIVESTOCK, L.L.C.; LIBERTARIAN PARTY OF
MISSISSIPPI; NATIONAL FEDERATION OF INDEPENDENT
BUSINESS, INC.; DATA COMM FOR BUSINESS, INC.,
*Plaintiffs-Appellees*,

v.

PAMELA BONDI, *U.S. Attorney General*; TREASURY DEPARTMENT;
DIRECTOR FINCEN ANDREA GACKI, *Director of the Financial
Crimes Enforcement Network;* FINANCIAL CRIMES ENFORCEMENT
NETWORK; SCOTT BESSENT, *Secretary, U.S. Department of
Treasury*,
*Defendants-Appellants*.

---

On Appeal from the United States District Court
for the Eastern District of Texas

---

**MOTION FOR WITHDRAWAL**

---

Kristen P. Miller
Robin F. Thurston
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kmiller@democracyforward.org
rthurston@democracyforward.org

*Counsel for Amici Curiae*

## **MOTION**

Undersigned counsel hereby withdraws her appearance as Counsel for Amicus Curiae Senators Sheldon Whitehouse, Ron Wyden, Elizabeth Warren, Jack Reed, and Representative Maxine Waters Supporting Appellees. Ms. Miller will no longer be employed with Democracy Forward Foundation as of April 30, 2025. Amicus Curiae will continue to be represented by other counsel of record.

Dated: April 30, 2025

Respectfully submitted,

*/s/ Kristen Miller*

Kristen Miller (D.C. Bar No. 229627)
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
kmiller@democracyforward.org

*Counsel for* Amici Curiae

# **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1) because it has been prepared in Times New Roman 14-point font using Microsoft Word for Office 365.  I further certify that it complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 56 words.


Dated: April 30, 2025                         */s/ Kristen Miller*
                                                           Kristen Miller

# CERTIFICATE OF SERVICE

I certify that on April 30, 2025, the foregoing was electronically filed through this Court's CM/ECF system, which will serve a copy on all registered users.

I certify that on April 30, 2025, I caused the foregoing to be served via USPS certified mail on:

Faith E. Lowry
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington, DC 20005


Dated: April 30, 2025                /s/ Kristen Miller
                                     Kristen Miller