# IN UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

TEXAS TOP COP SHOP, Inc., et al.,

    Plaintiffs-Appellees,

v.

PAMELA BONDI, et al.,

    Defendants-Appellants.

Case No. 24-40792

## **MOTION TO WITHDRAW**

    Neville S. Hedley submits this motion to withdraw as counsel for Amicus Curiae Hamilton Lincoln Law Institute. Good cause exists because the undersigned is departing Hamilton Lincoln Law Institute at the end of September to pursue other career opportunities. Amicus Curiae will be represented by Anna St. John, a member in good standing of this Court and the president of Hamilton Lincoln Law Institute, who will be filing a notice of appearance shortly.

    Mr. Hedley's withdrawal will not prejudice any of the parties in this case. For these reasons, the undersigned requests an order from this Court permitting him to withdraw as counsel in this case.

Dated: September 24, 2025         Respectfully submitted,

/s/ *Neville S. Hedley*
Neville S. Hedley
HAMILTON LINCOLN LAW INSTITUTE
1629 K St. NW, Suite 300
Washington, DC 20006
Phone: (312) 342-6008
Email: ned.hedley@hlli.org

*Attorney Amicus Curiae Hamilton Lincoln Law Institute*

## Certificate of Service

The undersigned certifies she electronically filed the foregoing Motion via the Court's CM/ECF filing system, thus sending these documents to the Clerk of the Court and also effecting service on all attorneys registered for electronic filing.

Dated: September 24, 2025

/s/ *Neville S. Hedley*
Neville S. Hedley