# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 10, 2026

No. 24-40792    Texas Top Cop Shop v. Blanche
USDC No. 4:24-CV-478

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Amanda M. Duroncelet, Deputy Clerk
504-310-7636

cc:  Mr. Robert Alt
     Mr. Maxwell A. Baldi
     Mr. Brett Christopher Bartlett
     Mr. Grady Block
     Mr. Christian Clase
     Mr. Craig William Courtney
     Mr. Murphy J. Foster III
     Ms. Sarah Goetz
     Mr. Scott Andrew Greytak
     Mr. Andrew Michael Grossman
     Mr. Steven H. Hazel
     Mr. Alan M. Hurst
     Ms. April Knoch
     Mr. Caleb Kruckenberg
     Mr. Sheng Tao Li
     Ms. Faith E. Lowry
     Mr. Steven Andrew Myers
     Mr. John C. Neiman Jr.
     Ms. Molly Nixon
     Mr. David O'Toole
     Mr. William Jeffrey Olson
     Mr. Randall Pentiuk
     Mr. Michael David Pepson
     Mr. Joshua Martin Robbins
     Mr. Gene C. Schaerr
     Mr. Andrew Layton Schlafly
     Ms. Sophia Shams
     Ms. Anna St. John
     Mr. Reilly Stephens
     Mr. John Clay Sullivan

Mr. Daniel Bentele Hahs Tenny
Ms. Robin F. Thurston
Mr. Stephen J. Van Stempvoort
Mr. Charles Devin Watkins
Mr. Walter M. Weber
Mr. Gregg Sandler Weinberg
Mr. Chance Weldon
Mr. John Marc Wheat
Mr. Michael Ray Williams

_____

Case No. 24-40792

_____

Texas Top Cop Shop, Incorporated; Russell Straayer; Mustardseed Livestock, L.L.C.; Libertarian Party of Mississippi; National Federation of Independent Business, Incorporated; Data Comm for Business, Incorporated,

Plaintiffs - Appellees

v.

Todd Wallace Blanche, Acting U.S. Attorney General; Treasury Department; Director FinCEN Andrea Gacki, Director of the Financial Crimes Enforcement Network; Financial Crimes Enforcement Network; Scott Bessent, Secretary, U.S. Department of Treasury,

Defendants - Appellants