# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 10, 2026

No. 24-40792    Texas Top Cop Shop v. Blanche
USDC No. 4:24-CV-478

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,
LYLE W. CAYCE, Clerk

*Amanda M. Duroncelet*

By: _____
Amanda M. Duroncelet, Deputy Clerk
504-310-7636

cc: Mr. Robert Alt
    Mr. Maxwell A. Baldi
    Mr. Brett Christopher Bartlett
    Mr. Grady Block
    Mr. Christian Clase
    Mr. Craig William Courtney
    Mr. Murphy J. Foster III
    Ms. Sarah Goetz
    Mr. Scott Andrew Greytak
    Mr. Andrew Michael Grossman
    Mr. Steven H. Hazel
    Mr. Alan M. Hurst
    Ms. April Knoch
    Mr. Caleb Kruckenberg
    Mr. Sheng Tao Li
    Ms. Faith E. Lowry
    Mr. Steven Andrew Myers
    Mr. John C. Neiman Jr.
    Ms. Molly Nixon
    Mr. David O'Toole
    Mr. William Jeffrey Olson

Mr. Randall Pentiuk
Mr. Michael David Pepson
Mr. Joshua Martin Robbins
Mr. Gene C. Schaerr
Mr. Andrew Layton Schlafly
Ms. Sophia Shams
Ms. Anna Elizabeth St. John
Mr. Reilly Stephens
Mr. John Clay Sullivan
Mr. Daniel Bentele Hahs Tenny
Ms. Robin F. Thurston
Mr. Stephen J. Van Stempvoort
Mr. Charles Devin Watkins
Mr. Walter M. Weber
Mr. Gregg Sandler Weinberg
Mr. Chance Weldon
Mr. John Marc Wheat
Mr. Michael Ray Williams

———————

Case No. 24-40792

———————

Texas Top Cop Shop, Incorporated; Russell Straayer; Mustardseed Livestock, L.L.C.; Libertarian Party of Mississippi; National Federation of Independent Business, Incorporated; Data Comm for Business, Incorporated,

Plaintiffs - Appellees

v.

Todd Wallace Blanche, U.S. Attorney General; Treasury Department; Director FinCEN Andrea Gacki, Director of the Financial Crimes Enforcement Network; Financial Crimes Enforcement Network; Scott Bessent, Secretary, U.S. Department of Treasury,

Defendants - Appellants