**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

TEXAS TOP COP SHOP, INC, *ET AL.*,

Plaintiffs-Appellees,

v.

TODD BLANCHE, *ET AL.*,

Defendants-Appellants.

Case No. 24-40792

## MOTION TO WITHDRAW

Undersigned counsel submits this motion to withdraw as counsel for Plaintiffs-Appellees. Counsel recently learned he was still listed on the docket for this matter. Counsel was only associated with this appeal during his employment at the Center for Individual Rights, but he is no longer employed at that firm. For this reason, undersigned counsel is no longer involved with this matter. Plaintiffs-Appellees continue to be represented by the other counsel of record listed on the docket for this appeal. Undersigned counsel provided notice of this filing to counsel for both parties via email on August 25, 2026.

Dated: August 27, 2026

Respectfully Submitted,

/s/ *Christian Clase*
Christian Clase, TN Bar No. 041231
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Dr., Suite 300
Arlington, VA 22203
Tel: (202) 869-5210
christian.clase@ncla.legal

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that he electronically filed this motion via the Fifth Circuit's CM/ECF filing system, which caused this motion to be served on all attorneys registered for electronic filing.

Dated: August 27, 2026

/s/ *Christian Clase*
Christian Clase, TN Bar No. 041231
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Dr., Suite 300
Arlington, VA 22203
Tel: (202) 869-5210
christian.clase@ncla.legal