**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 24-40792

TEXAS TOP COP SHOP, INC., *ET AL.*,

PLAINTIFFS-APPELLEES,

V.

TODD BLANCHE, ATTORNEY GENERAL OF THE UNITED STATES, *ET AL.*,

DEFENDANTS-APPELLANTS.

---

**UNOPPOSED MOTION FOR LEVEL 1 EXTENSION OF TIME TO FILE A RESPONSE TO APPELLANTS' MOTION TO DISMISS THE APPEAL, VACATE THE DECISION OF THE DISTRICT COURT AND REMAND FOR FURTHER PROCEEDINGS**

---

ON INTERLOCUTORY APPEAL FROM
THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
4:24-CV-478
HON. AMOS L. MAZZANT

---

Pursuant to Fifth Circuit Local Rules 27.1.1 and 31.4.3.1, undersigned counsel hereby moves for an unopposed Level 1 extension of time to file Appellees' response to Appellants' Motion to dismiss the appeal as moot, vacate the district court's opinion and remand for further

proceedings, until September 28, 2026. In support of the motion, Counsel states:

1. On August 5, 2025, this Court ordered that this matter be held in abeyance pending the issuance of relevant administrative rules implementing the Corporate Transparency Act.
2. On September 4, 2026, Appellant United States filed a motion to dismiss the appeal as moot, vacate the district court opinion and remand for further proceedings.
3. In the motion the United States argued that recent rulemaking has rendered this matter moot and that the district court's opinion should be vacated and this matter remanded for further proceedings.
4. Appellee's response to that motion is currently due September 14, 2026.
5. Good cause exists for a 14-day extension of time to respond to Appellants' motion because:

    a. Lead counsel for Appellees, Caleb Kruckenberg, is engaged in other litigation that makes filing Appellees' motion response by the current deadline extraordinarily difficult. Specifically, Mr.

Kruckenberg is lead counsel in *Federal Trade Commission v. Hoskins, et al.*, No. 24-5747 (9th Cir.), and will be filing a petition for rehearing *en banc* in that matter on or before September 18, 2026. Additionally, Mr. Kruckenberg is lead counsel in *Firestone, et al. v. Yellen, et al.*, No. 24-6979 (9th Cir.), in which the United States has also moved to dismiss the appeal as moot, and which Mr. Kruckenberg's response is currently due on September 14, 2026.

b. The pending motion to vacate the district court opinion and remand the appeal is potentially dispositive of this matter, and presents several complex questions of law that cannot be adequately addressed in the current period for responding to the motion.

6. Counsel for Appellant has been contacted concerning this request and does not oppose the extension request.

WHEREFORE, this Court should grant a 14-day extension of time to for Appellees to respond to Appellants' motion to dismiss, until September 28, 2026.

DATED: September 10, 2026.

Respectfully submitted,

*/s/ Caleb Kruckenberg*
CALEB KRUCKENBERG
Center for Individual Rights
1100 Connecticut Ave. NW, Suite 620
Washington, DC 20036
202-833-8401
kruckenberg@cir-usa.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

Respectfully submitted,

*/s/ Caleb Kruckenberg*

CALEB KRUCKENBERG
Center for Individual Rights
1100 Connecticut Ave. NW, Suite 620
Washington, DC 20036
202-833-8401
kruckenberg@cir-usa.org