No. 24-40792

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

TEXAS TOP COP SHOP, INC., *ET AL.*,
*Plaintiffs-Appellees*,

v.

TODD BLANCHE, ATTORNEY GENERAL OF THE UNITED STATES, *ET AL.*,
*Defendants-Appellants*.

---

On Interlocutory Appeal from the United States District Court
for the Eastern District of Texas, Sherman Division
No. 4:24-CV-478, The Honorable Amos L. Mazzant, Judge Presiding

---

# UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF THE ASSOCIATION OF AMERICAN PHYSICIANS AND SURGEONS IN SUPPORT OF PLAINTIFFS-APPELLEES AND IN OPPOSITION TO DEFENDANTS-APPELLANTS' MOTION TO VACATE THE DISTRICT COURT'S PRELIMINARY INJUNCTION AND REMAND

---

Andrew L. Schlafly
Attorney at Law
939 Old Chester Rd.
Far Hills, NJ 07931
(908) 719-8608
(908) 934-9207 (fax)
aschlafly@aol.com

Counsel for *Amicus Curiae*
Association of American Physicians and Surgeons

**UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

*Amicus curiae* Association of American Physicians and Surgeons ("AAPS") respectfully moves for leave to file the accompanying brief in support of Plaintiffs-Appellees and in opposition to Defendants-Appellants' Motion to Vacate the District Court's Preliminary Injunction and Remand.

All parties' counsel have consented to this timely filing of AAPS's proposed *amicus curiae* brief.

AAPS is a nonprofit national Section 501(c)(6) organization founded in 1943. AAPS has many members who practice medicine in Texas, often in small entities organized under state law. Some AAPS members submitted reports concerning their small medical practices and themselves to the Financial Crimes Enforcement Network ("FinCEN") under the beneficial ownership information reporting regime challenged in this litigation.

AAPS also filed its own lawsuit challenging the Corporate Transparency Act, 31 U.S.C. § 5336, in federal court in Amarillo, Texas. *See Hotze, et al. v. U.S. Dep't of Treasury, et al.*, No. 2:24-cv-210-Z (N.D. Tex.). That action is currently stayed pending a ruling by this Court. AAPS therefore has a substantial interest in the disposition of the pending appeal and motion.

The accompanying brief should assist the Court by addressing issues directly relevant to the Government's assertion of mootness, including FinCEN's

continuing possession of beneficial ownership information previously submitted by AAPS members and other Americans; FinCEN's vague promise to merely seek deletion of unlawfully collected information by working with the National Archives and Records Administration, which is an independent federal agency; the continuing unconstitutional statutory provisions of the Corporate Transparency Act; and the effect of continued government possession of personal information in infringement of Fourth Amendment rights.

The accompanying amicus brief also addresses Supreme Court and Fifth Circuit authority concerning whether a controversy remains live when meaningful relief can still be afforded, as here, with respect to information already obtained and retained by the government. *See Church of Scientology of California v. United States*, 506 U.S. 9 (1992); *Harbor Healthcare System, L.P. v. United States*, 5 F.4th 593 (5th Cir. 2021).

AAPS's accompanying brief is not duplicative of the arguments made by the parties it supports. AAPS's brief presents arguments and authorities relevant to the pending motion and to AAPS members whose previously submitted private, personal information remains unlawfully retained by the government.

## CONCLUSION

For the foregoing reasons, AAPS respectfully requests that the Court grant this unopposed motion for leave to file its accompanying *amicus curiae* brief.

Respectfully submitted,

/s/ Andrew L. Schlafly

Andrew L. Schlafly
Attorney at Law
939 Old Chester Rd.
Far Hills, NJ 07931
Phone: (908) 719-8608
Fax: (908) 934-9207
Email: aschlafly@aol.com

Dated: September 28, 2026

*Counsel for Amicus Curiae Association of American Physicians and Surgeons*

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that counsel for all parties have consented to the filing of AAPS's proposed *amicus curiae* brief.

Dated: September 28, 2026

/s/ Andrew L. Schlafly
Andrew L. Schlafly
*Counsel for Amicus Curiae Association of American Physicians and Surgeons*

## CERTIFICATE OF COMPLIANCE

This motion has been prepared using Times New Roman 14-point, proportionately spaced, serif typeface, in Microsoft Word. This motion complies with FED. R. APP. P. 27(d)(2) because it contains a total of 397 words, excluding material not counted under Rule 32(f).

Dated: September 28, 2026

/s/ Andrew L. Schlafly
Andrew L. Schlafly
*Counsel for Amicus Curiae Association of American Physicians and Surgeons*