**U.S. Department of Justice**

Civil Division

*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*Tel: (202) 514-2498*

November 6, 2026

**VIA CM/ECF**

Mr. Thomas B. Plunkett, Clerk
Office of the Clerk
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re: *Texas Top Cop Shop Inc. v. Att'y Gen.*, No. 24-40792

Dear Mr. Plunkett,

We write in response to plaintiffs' October 29, 2026, letter. This case involves plaintiffs' challenge to the constitutionality of the Corporate Transparency Act (CTA), *see* 31 U.S.C. § 5336. Earlier this year, the Treasury Department issued a final rule exercising its statutory exemption authority to exclude U.S. persons and entities from the CTA's reporting requirements. *See* 91 Fed. Reg. 52,509 (Aug. 14, 2026). In light of that final rule, the government has filed a motion arguing that plaintiffs' claims in this case are moot and that the district court's injunction must be vacated.

As plaintiffs' letter highlights, a group of states recently filed a suit challenging the final rule and requesting vacatur. *See Oregon v. Bessent*, No. 26-2359 (D. Or.). Given that development, the government respectfully submits that this appeal should be placed in abeyance pending the resolution of the *Oregon* litigation. If the government prevails in *Oregon*, plaintiffs' claims in this case will be moot for the reasons given in our motion and reply supporting that motion. *See* Dkt. Nos. 381, 406. If the *Oregon* plaintiffs prevail, this case may not be moot, and the Court could determine how to proceed at that time. Proceeding with the appeal now, when the outcome of the *Oregon* litigation is unknown, would squander the resources of the parties and the Court. Courts have placed appeals in

abeyance in parallel circumstances, and the same result is warranted here. *See, e.g.*, June 2, 2022, Order, *New York v. U.S. Dep't of Energy*, No. 21-602 (2d Cir.); June 8, 2022, Order, *Competitive Enterprise Inst. v. NHTSA*, No. 20-1145 (D.C. Cir.). Plaintiffs have informed us that they oppose an abeyance.

Respectfully submitted,

DANIEL TENNY

*s/ Steven H. Hazel*

STEVEN H. HAZEL
MAXWELL A. BALDI
SOPHIA SHAMS
*Attorneys, Appellate Staff*
*Civil Division, Room 7217*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-2498*
*Steven.H.Hazel@usdoj.gov*

## CERTIFICATE OF COMPLIANCE

This letter complies with Federal Rule of Appellate Procedure 28(j) because it contains 275 words. This letter also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally-spaced typeface.

*/s/ Steven H. Hazel*
Steven H. Hazel

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2026, I electronically filed the foregoing with the Clerk of the Court of the U.S. Court of Appeals for the Fifth Circuit using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF system.

*/s/ Steven H. Hazel*
Steven H. Hazel