**U.S. Department of Justice**

Civil Division

*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*Tel: (202) 514-2498*

November 18, 2026

**VIA CM/ECF**

Mr. Thomas B. Plunkett, Clerk
Office of the Clerk
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re: *Texas Top Cop Shop Inc. v. Att'y Gen.*, No. 24-40792

Dear Mr. Plunkett,

We write in response to amicus Texas Public Policy Foundation's letter highlighting a recent order issued in *Smith v. U.S. Department of the Treasury*, No. 25-40071 (5th Cir.). In that order, the panel dismissed the government's appeal in a case involving a challenge to the statute at issue here but declined to dismiss the case as moot or vacate the underlying injunction. To the extent amicus suggests that the Court should take the same approach here, it is mistaken. Even putting aside that the *Smith* order is non-binding, this case is distinct because it involves a universal injunction against enforcing an Act of Congress, a form of relief that the Supreme Court has made clear federal courts lack authority to issue, *Trump v. CASA, Inc.*, 606 U.S. 831, 847 (2025). That distinction makes *Smith* inapplicable, and, as we have argued (Mot. 16-17), independently warrants vacatur here.

In any event, the *Smith* order has been overtaken by events. As explained in the government's November 6 letter to this Court, a group of states recently filed a suit challenging the final rule and requesting vacatur. *See Oregon v. Bessent*, No. 26-2359 (D. Or.). For the reasons given in our letter, we respectfully submit that the appropriate course is to place this appeal in abeyance pending resolution of the *Oregon* litigation. When that

litigation concludes, this Court can determine how to proceed with this appeal, including whether remand and vacatur are warranted.

Respectfully submitted,

DANIEL TENNY

*s/ Steven H. Hazel*

STEVEN H. HAZEL
MAXWELL A. BALDI
SOPHIA SHAMS
*Attorneys, Appellate Staff*
*Civil Division, Room 7217*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-2498*
*Steven.H.Hazel@usdoj.gov*

## CERTIFICATE OF COMPLIANCE

This letter complies with Federal Rule of Appellate Procedure 28(j) because it contains 240 words. This letter also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally-spaced typeface.

*/s/ Steven H. Hazel*
Steven H. Hazel

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2026, I electronically filed the foregoing with the Clerk of the Court of the U.S. Court of Appeals for the Fifth Circuit using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF system.

*/s/ Steven H. Hazel*
Steven H. Hazel