**Case No. 24-40792**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

TEXAS TOP COP SHOP, INC., et al.,
*Plaintiffs-Appellees*,

v.

TODD WALLACE BLANCHE, et al.,
*Defendants-Appellants.*

**MOTION TO WITHDRAW**

Amicus curiae Hamilton Lincoln Law Institute requests that Anna St. John be withdrawn as counsel. Withdrawal can be accomplished without material adverse effect on the interests of Hamilton Lincoln Law Institute because it continues to be represented by Mr. Adam Schulman, who is counsel in this case. Good cause exists because Ms. St. John is no longer practicing, following confirmation of her nomination to the federal judiciary.

Ms. St. John's withdrawal will not prejudice any of the parties in this case. For these reasons, the undersigned request an order from this Court permitted her to withdraw as counsel in this case.

Respectfully submitted,

*/s/Adam E. Schulman*
Adam E. Schulman
Hamilton Lincoln Law Institute
1629 K St. NW Suite 300
Washington, DC 20006
(610) 457-0856
adam.schulman@hlli.org

*Counsel for Amicus Curiae Hamilton Lincoln Law Institute*

## CERTIFICATE OF COMPLIANCE

The foregoing document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 101 words. It also complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5)(A) and 32(a)(6) because it has been prepared in a proportionally spaced typeface—14-point Century Schoolbook—using Microsoft Word.

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2026, the foregoing brief was electronically filed with the Clerk of the Fifth Circuit Court of Appeals using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

s/ *Adam E. Schulman*
Adam E. Schulman