# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 23, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-40792 Texas Top Cop Shop v. Blanche
USDC No. 4:24-CV-478

The court has granted amicus curiae Hamilton Lincoln Law Center's motion to withdraw Anna St. John as counsel.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Amanda M. Duroncelet
Amanda M. Duroncelet, Deputy Clerk
504-310-7636

Mr. Robert Alt
Mr. Maxwell A. Baldi
Mr. Brett Christopher Bartlett
Mr. Grady Block
Mr. Craig William Courtney
Mr. Murphy J. Foster III
Ms. Sarah Goetz
Mr. Scott Andrew Greytak
Mr. Andrew Michael Grossman
Mr. Steven H. Hazel
Mr. Alan M. Hurst
Ms. April Knoch
Mr. Caleb Kruckenberg
Mr. Sheng Tao Li
Ms. Faith E. Lowry
Mr. Steven Andrew Myers
Mr. John C. Neiman Jr.
Ms. Molly Nixon
Mr. David O'Toole
Mr. William Jeffrey Olson
Mr. Randall Pentiuk
Mr. Michael David Pepson
Mr. Joshua Martin Robbins
Mr. Gene C. Schaerr
Mr. Andrew Layton Schlafly
Mr. Adam E. Schulman
Ms. Sophia Shams
Mr. Reilly Stephens

Mr. John Clay Sullivan
Mr. Daniel Bentele Hahs Tenny
Ms. Robin F. Thurston
Mr. Stephen J. Van Stempvoort
Mr. Charles Devin Watkins
Mr. Walter M. Weber
Mr. Gregg Sandler Weinberg
Mr. Chance Weldon
Mr. John Marc Wheat
Mr. Michael Ray Williams